*[uɾɛ,5.]*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ISAAC FISHMAN, CUSTODIAN FOR THE
IBF FOUNDATION, ON BEHALF OF ITSELF
and ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

v.

QIAO XING UNIVERSAL TELEPHONE,
INC., WU RUI LIN, WU ZHI-YANG, ALBERT
LEUNG, SONNY KWOK WING HUNG, ZE
YUN MU, YI HONG ZHANG and
GROBSTEIN, HORWATH & COMPANY
LLP,

Defendants.

CIVIL ACTION NO. 07-7312 *(DLC)*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8|30|07__

### STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the
undersigned parties to this action, as follows:

Defendant Qiao Xing Universal Telephone, Inc. accepts service.   The time for
Defendants Qiao Xing Universal Telephone, Inc., Wu Rui Lin, Wu Zhi-Yang, Albert Leung,
Sonny Kwok Wing Hung, Ze Yun Mu, and Yi Hong Zhang to answer, move, or otherwise
respond to the Complaint in this action be extended until after the Court appoints lead plaintiff(s)
and lead counsel pursuant to a schedule agreed upon by the parties or otherwise set by the Court.

It is further stipulated and agreed that, within fourteen (14) days after the Court has
appointed lead plaintiff and lead counsel, counsel for Defendant Qiao Xing Universal Telephone,
Inc. will confer with counsel for the lead plaintiff regarding a schedule for the service of a
consolidating amended complaint, if any, and defendants' responses thereto.

/436868.2

It is the position of Defendants that entry into this stipulation is not to be deemed a consent to jurisdiction.

There has been no previous request for an extension of time.

Dated: August 28, 2007

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: _____
Gregory Nespole, Esq
Gustavo Bruckner, Esq.
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

*Attorneys for Plaintiff Isaac Fishman, Custodian
For The IBF Foundation*

ANDREW N. BERNSTEIN, P.C.

By: _____
Andrew N. Bernstein, Esq.
5445 DTC Parkway, Suite 520
Greenwood Village, Colorado 80111
Telephone:  (303) 770-7131
Facsimile:  (303) 770-7332

*Attorney for Defendants Qiao Xing Universal
Telephone, Inc., Wu Rui Lin, Wu Zhi-Yang, Albert
Leung, Sonny Kwok Wing Hung, Ze Yun Mu, and Yi
Hong Zhang*

**SO-ORDERED**

_____        Date: _____
USDJ