AUG.30.2007  1:23PM   DLS, INC.                                    NO.359   P.2



# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ISAAC FISHMAN, CUSTODIAN FOR
THE IBF FOUNDATION, ON BEHALF
OF ITSELF and ALL OTHERS
SIMILARLY SITUATED,

        Plaintiffs,     Case No. 07 CV 7312

      -against-                   AFFIDAVIT OF SERVICE

QIAO XING UNIVERSAL
TELEPHONE, INC., et al.,

        Defendants.
------------------------------------------------------------X

STATE OF CALIFORNIA        )
          S.S.:
COUNTY OF LOS ANGELES      )

_GEOFF PAGE_, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 23rd day of August, 2007, at approximately the time of 3:29 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION AND CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS upon GROBSTEIN, HORWATH & COMPANY LLP at 15233 Ventura Boulevard, Sherman Oaks, CA, by personally delivering and leaving the same with JERRY LEVINE who informed deponent that he holds the position of _OFFICE MNGR_ with that company and is authorized by appointment to receive service at that address.

JERRY LEVINE is a _WHITE_ male, approximately ___ years of age, stands approximately _5_ feet _11_ inches tall, weighs approximately _170_ pounds with _SHORT DARK_ hair.

_____
PROCESS SERVER

State of California, County of Los Angeles
Subscribed and Sworn to (or affirmed) before me on
this _30_ day of August, 2007 By
_GEOFF PAGE_, personally
known to me or proved to me on the basis of
satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC

CHRISTOPHER P. TRINDADE
Commission # 1509952
Notary Public - California
Los Angeles County
My Comm. Expires Aug 26, 2008

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com