

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ISAAC FISHMAN, CUSTODIAN FOR THE IBF
FOUNDATION, on behalf of itself and all others
similarly situated,

                Plaintiffs,

          -against-

QIAO XING UNIVERSAL TELEPHONE, INC., et al.,

                Defendants.
-------------------------------------------------------------------X

Case No. 07 CV 7312

:

AFFIDAVIT OF SERVICE

:

:

STATE OF COLORADO    )
              S.S.
COUNTY OF DENVER    )

      LAYLA M. FLORA, being duly sworn, deposes and says that she is over eighteen years of age, is an agent of the attorney service, DLS, INC., and is not party to this action.

      That on the 23rd day of August, 2007, at approximately the time of 2:54 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION AND CLASS ACTION COMPLAIN FOR VIOLATION OF THE FEDERAL SECURITIES LAWS upon QIAO XING UNIVERSAL TELEPHONE, INC. c/o Andrew N. Bernstein at 5445 DTC Parkway, Suite 520, Greenwood Village, CO, by personally delivering and leaving the same with ANDREW N. BERNSTEIN who informed deponent that he is authorized by appointment to receive service at that address.

      ANDREW N. BERNSTEIN is a white male, approximately 35 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 175 pounds with brown hair.


_____
LAYLA M. FLORA

Sworn to before me this
_11_ day of August, 2007
      Sept.

_____
NOTARY PUBLIC

NOTARY PUBLIC
RHONDA
KIRKMAN
STATE OF COLORADO

Comm. exp. 12/28/08

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com