

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ISAAC FISHMAN, CUSTODIAN FOR THE IBF
FOUNDATION, on behalf of itself and all others
similarly situated,

Case No. 07 CV 7312

                    Plaintiffs,
                                                            :
          -against-                                          AFFIDAVIT OF SERVICE
                                                            :
QIAO XING UNIVERSAL TELEPHONE, INC., et al.,

                    Defendants.                              :
-------------------------------------------------------------------X

STATE OF COLORADO      )
                       S.S.
COUNTY OF DENVER       )

          LAYLA M. FLORA, being duly sworn, deposes and says that she is over eighteen years of

age, is an agent of the attorney service, DLS, INC., and is not party to this action.

          That on the 23rd day of August, 2007, at approximately the time of 2:54 PM, deponent

served a true copy of the SUMMONS IN A CIVIL ACTION AND CLASS ACTION COMPLAIN FOR

VIOLATION OF THE FEDERAL SECURITIES LAWS upon SONNY KWOK WING HUNG c/o

Andrew N. Bernstein at 5445 DTC Parkway, Suite 520, Greenwood Village, CO, by personally delivering

and leaving the same with ANDREW N. BERNSTEIN, a person of suitable age and discretion at that

address, the actual place of business. At the time of service, deponent asked whether SONNY KWOK

WING HUNG is in active military service for the United States of America or for the State in any

capacity whatever or dependent upon a person in active military service and received a negative reply.

          ANDREW N. BERNSTEIN is a white male, approximately 35 years of age, stands

approximately 5 feet 8 inches tall, weighs approximately 175 pounds with brown hair.

_____
LAYLA M. FLORA

Sworn to before me this
____ day of August, 2007
          Sept

_____
NOTARY PUBLIC

Commexp 12/28/08

D.L.S., Inc.
01 Broadway
ite 510
JY, NY 10013
12-925-1220
vww.dlsny.com