

# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ISAAC FISHMAN, CUSTODIAN FOR THE IBF
FOUNDATION, on behalf of itself and all others
similarly situated,

             Plaintiffs,

             -against-

QIAO XING UNIVERSAL TELEPHONE, INC., et al.,

             Defendants.
----------------------------------------------------------X

Case No. 07 CV 7312

AFFIDAVIT OF SERVICE

STATE OF COLORADO  )
         S.S.
COUNTY OF DENVER    )

      LAYLA M. FLORA, being duly sworn, deposes and says that she is over eighteen years of age, is an agent of the attorney service, DLS, INC., and is not party to this action.

      That on the 23rd day of August, 2007, at approximately the time of 2:54 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION AND CLASS ACTION COMPLAIN FOR VIOLATION OF THE FEDERAL SECURITIES LAWS upon YI HONG ZHANG c/o Andrew N. Bernstein at 5445 DTC Parkway, Suite 520, Greenwood Village, CO, by personally delivering and leaving the same with ANDREW N. BERNSTEIN, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked whether YI HONG ZHANG is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

      ANDREW N. BERNSTEIN is a white male, approximately 35 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 175 pounds with brown hair.

_____
LAYLA M. FLORA

Sworn to before me this
11 day of ~~August~~ Sept, 2007

_____
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



my comm exp 12/28/08