**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAAC FISHMAN, CUSTODIAN FOR THE IBF FOUNDATION, ON BEHALF OF ITSELF and ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., WU RUI LIN, WU ZHI-YANG, ALBERT LEUNG, SONNY KWOK WING HUNG, ZE YUN MU, YI HONG ZHANG and GROBSTEIN, HORWATH & COMPANY LLP,<br><br>Defendants. | CIVIL ACTION NO. 07-7312 [DLC]  |

### STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action, as follows:

Defendant Grobstein, Horwath & Company LLP, accepts service. The time for Defendant Grobstein, Horwath & Company LLP, to answer, move, or otherwise respond to the Complaint in this action be extended until after the Court appoints lead plaintiff(s) and lead counsel pursuant to a schedule agreed upon by the parties or otherwise set by the Court.

It is further stipulated and agreed, that within fourteen (14) days after the Court has appointed lead plaintiff and lead counsel, counsel for Defendant Grobstein, Horwath & Company LLP, will confer with counsel for the lead plaintiff regarding a schedule for the service of a consolidating amended complaint, if any, and defendants' responses thereto.

*So ordered.*

*[signature]*
*September 17, 2007*

/486868.4

There has been no previous request for an extension of time.

Dated: September 10, 2007

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: _____
Gregory Nespole, Esq.
Gustavo Bruckner, Esq.
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

*Attorneys for Plaintiff Isaac Fishman, Custodian
For The IBF Foundation*

GARRETT & TULLY, P.C.

By: _____
Efren A. Compean, Esq.
225 South Lake Avenue
Suite 1400
Pasadena, California 91101
Telephone: (626) 577-9500
Facsimile:  (626) 577-0813

*Attorney for Defendant Grobstein, Horwath &
Company LLP*

**SO-ORDERED**

_____        Date:_____
USDJ

2

/436868.4