Jack C. Auspitz
Joel C. Haims
Lily M. Fan
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000

Attorneys for Defendants
Qiao Xing Universal Telephone, Inc.,
Rui Lin Wu, Zhi Yang Wu, Albert Leung,
Sonny Kwok Wing Hung, Ze Yun Mu, and
Yi Hong Zhang

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAAC FISHMAN, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>  v.<br><br>QIAO XING UNIVERSAL TELEPHONE INC., RUI LIN WU, ZHI YANG WU, ALBERT LEUNG, SONNY KWOK WING HUNG, ZE YUN MU, YI HONG ZHANG, AND GROBSTEIN, HORWATH & COMPANY LLP,<br><br>          Defendants. | No. 07-cv-07312 (DLC) (HBP)<br><br>**ECF CASE** |

PLEASE TAKE NOTICE that Morrison & Foerster LLP hereby appears as counsel for

defendants Qiao Xing Universal Telephone, Inc., Rui Lin Wu, Zhi Yang Wu, Albert Leung,

Sonny Kwok Wing Hung, Ze Yun Mu, and Yi Hong Zhang.

Dated: New York, NY          Respectfully submitted,
September 19, 2007


                 By:   ___/s/ Jack C. Auspitz_____
                      Jack C. Auspitz
                      Joel C. Haims
                      Lily M. Fan
                      MORRISON & FOERSTER LLP
                      1290 Avenue of the Americas
                      New York, NY  10104-0050
                      Telephone: 212-468-8000
                      Facsimile: 212-468-7900

                     *Attorneys for Defendants*
                     *Qiao Xing Universal Telephone, Inc.,*
                     *Rui Lin Wu, Zhi Yang Wu, Albert Leung,*
                     *Sonny Kwok Wing Hung, Ze Yun Mu, and*
                     *Yi Hong Zhang*