UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE MALLY, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br> -against-<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, AND ALBERT LEUNG,<br><br>       Defendants. | CIVIL ACTION NO. 07 CV 7097 |
| MILTON PFEIFFER, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>       Plaintiffs,<br><br> -against-<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, AND ALBERT LEUNG,<br><br>       Defendants. | CIVIL ACTION NO. 07 CV 7252 |

(Captions continued . . .)

**DECLARATION OF SERVICE**

489632

| | |
|---|---|
| ISAAC FISHMAN, CUSTODIAN FOR THE IBF FOUNDATION, ON BEHALF OF ITSELF and ALL OTHERS SIMILARLY SITUATED,<br><br>                                Plaintiffs,<br><br>                -against-<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., WU RUI LIN, WU ZHI-YANG, ALBERT LEUNG, SONNY KWOK WING HUNG, ZE YUN MU, YI HONG ZHANG and GROBSTEIN, HORWATH & COMPANY LLP,<br><br>                                Defendants. | CIVIL ACTION NO. 07 CV 7312 |
| MICHAEL LOCKE, Individually and On Behalf of All Others Similarly Situated,<br><br>                                Plaintiff,<br><br>                -against-<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, ALBERT LEUNG, ZHI YANG WU, SONNY KWOK WING HUNG, ZE YUN MU, YI HONG ZHANG and GROBSTEIN, HORWATH & COMPANY LLP,<br><br>                                Defendants. | CIVIL ACTION NO. 07 CV 7693 |
| REUVEN LAPIN, individually and on behalf of all others similarly situated,<br><br>                                Plaintiff,<br><br>                -against-<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, and ALBERT LEUNG,<br><br>                                Defendants. | CIVIL ACTION NO. 07 CV 7829<br>"ECF CASE" |

3

**DECLARATION OF SERVICE**

Gustavo Bruckner, Esq., an attorney admitted to practice law before the courts of the State of New York, hereby declares that on October 9, 2007, I caused to be served, (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel, the following documents:

1. Notice of Motion;

2. Declaration of Gustavo Bruckner in Support of Mr. Joseph Mustachia's Motion for Consolidation, Appointment as Lead Plaintiff, and for Approval of Lead Plaintiff's Selection of Lead Counsel, together with Exhibits; and

3. Memorandum of Law in Support of Motion for Consolidation, Appointment as Lead Plaintiff, and for Approval of Lead Plaintiff's Selection of Lead Counsel.

Dated:   October 9, 2007

                                           /S/
                                    Gustavo Bruckner