Case 1:07-cv-07312-DLC   Document 28   Filed 01/17/2008   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
IN RE QIAO XING SECURITIES LITIATION      :      MASTER FILE
                                          :      07 Civ. 7097 (DLC)
This Document Relates to:                 :
                                          :      ORDER
ALL ACTIONS                               :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

   Having been informed that the parties have settled this litigation, it is hereby

   ORDERED that the submission in support of preliminary approval of the settlement is due February 15, 2008.

   SO ORDERED:

Dated:   New York, New York
         January 17, 2008

                                    _____
                                              DENISE COTE
                                    United States District Judge